**630**

Alex Nicholson et al., appellants, v. Hugh R. McGuire et al., appellees. Gen. No. 8,810.

Opinion filed December 22, 1934.

John H. Savage and James G. Holbrook, for appellants. No appearance for appellees.

Mr. Justice Dove delivered the opinion of the court.

Harry L. Morse, appellee, v. Peoria Star Company, appellant. Gen. No. 8,822.

Opinion filed December 22, 1934. Rehearing denied February 5, 1935.

Eagleton & Eagleton and H. D. Morgan, for appellant. Willard B. Gaskins, for appellee.

Mr. Justice Dove delivered the opinion of the court.

Trustees of Schools of Township 33, etc., appellee, v. E. E. Childers et al., appellants. Gen. No. 8,837.

Opinion filed December 22, 1934.

Butters & Butters, T. E. White and C. B. Chapman, for appellants. Elmer J. Mohan, State's Attorney, for appellee; Hibbs & Pool, of counsel.

Mr. Justice Dove delivered the opinion of the court.

## THIRD DISTRICT.

Clifford Henry, appellant, v. Frank Morris, appellee. Gen. No. 8,817.

Opinion filed October 10, 1934.

Harvey Gross, for appellant. O'Hair & McClain, for appellee.

Mr. Justice Allaben delivered the opinion of the court.